**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>　　v.<br><br>GERALD CROOKS,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)   Criminal Action No. 08-*10*<br>)<br>)<br>)<br>)   **REDACTED** |

```
                              FILED
                              JAN 22 20__
                              U.S. DISTRICT COURT
                              DISTRICT OF DELAWARE
```

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**COUNT ONE**

On or about November 13, 2007, in the State and District of Delaware, GERALD CROOKS, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a High Point .380 caliber pistol, serial number P829036, after having been convicted on or about October 4, 2004, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One of this Indictment, incorporated herein by reference, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense,

including but not limited to the following: (1) High Point .380 caliber pistol, serial number P829036, and (2) 36 .380 caliber rounds of ammunition.

A TRUE BILL:



Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: January 22, 2008