IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff <br><br> v. <br><br> GERALD CROOKS, <br>     Defendant. | ) <br> ) <br> ) <br> ) Criminal Action No. 08-*10* <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, GERALD CROOKS, as a result of the Indictment returned against him on January 22, 2008.

                                                                     COLM F. CONNOLLY <br>
                                                                     United States Attorney

                                                    By: _____ <br>
                                                        Ilana H. Eisenstein <br>
                                                        Assistant United States Attorney

Dated: January 22, 2008

        AND NOW, this *22nd* day of *January*, 2008, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Terrence Ross.

                                                          _____ <br>
                                                         United States Magistrate Judge