IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 08-10 |
| GERALD CROOKS, | ) |
| Defendant. | ) |

**MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant Gerald Crooks has been arrested in the state of Delaware.

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: February 6, 2008

**AND NOW**, this 6th day of February, 2008 upon the foregoing Motion, it is **ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

_____
United States Magistrate Judge