AO 472 (Rev. 12/03) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
District of _____ DELAWARE

UNITED STATES OF AMERICA
V.
GERALD CROOKS,
*Defendant*

**ORDER OF DETENTION PENDING TRIAL**
Case Number: 08-10-UNA

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed - that is
  - ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  - ☐ an offense for which the maximum sentence is life imprisonment or death.
  - ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.*
  - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- ☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
- ☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

- ☐ (1) There is probable cause to believe that the defendant has committed an offense
  - ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  - ☐ under 18 U.S.C. § 924(c).
- ☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

- ☒ (1) There is a serious risk that the defendant will not appear.
- ☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

_____
_____
_____
_____
_____

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☒ clear and convincing evidence ☒ a preponderance of the evidence that

Based on the Indictment, the report of the Probation Office, and other information provided to the Court during the detention hearing, the Court finds clear and convincing evidence that no combination of conditions could reasonably assure the safety of the community between now and the time of the Defendant's trial. The Court further finds that no combination of conditions could reasonably assure that the Defendant would appear for all Court events in this matter.

The Court has reached these conclusions based on the following findings and for the following reasons:

the nature and circumstances of the offense: the Defendant is accused of being a felon in possession of a firearm. A car he was driving was stopped in November 2007. Officers ultimately retrieved from the vehicle a firearm, multiple rounds of ammunition, and a distributable quantity of marijuana.

the weight of the evidence: is strong. Defendant gave a post-arrest statement admitting that he possessed the firearm (purportedly at the request of a friend). There appears to be no dispute that as of November 2007 the Defendant was a previously-convicted felon and the firearm (a High Point .380 caliber pistol) had traveled in interstate commerce.

the history and characteristics of the Defendant: the Defendant has an extensive criminal history, including three drug-related convictions over the past 3 ½ years. He has more than 10 failures to appear for court proceedings and several violations of probation. After the Defendant was released on bail from State Court on charges arising from the November 2007 arrest, he was rearrested on the instant federal charge in February 2008 – and during this arrest, again, Defendant was found in possession of a distributable quantity of marijuana. Despite Defendant's apparent ties to the community, the presence of his children in Delaware, his continuing employment, and the support of his brother and girlfriend (who were present at the detention hearing), Defendant's criminal history strongly suggests that he is not amenable to supervision.

AO 472 (Rev. 12/03) Order of Detention Pending Trial

---

the nature and seriousness of the danger to the community that would be posed by the Defendant's release: as a felon in possession of a firearm, who also possessed marijuana, and who has an extensive criminal history (including drug offenses), the Defendant would pose a danger to the community if released.

### Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

| 2/8/2008 | _[signature]_ |
|---|---|
| Date | Signature of Judge |
| | Leonard P. Stark U.S. Magistrate |
| | *Name and Title of Judge* |

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).