UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Criminal Action No. 08-10 |
| : | |
| GERALD CROOKS, : | |
| : | |
| : | |
| Defendant. : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Gerald Crooks, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　ELENI KOUSOULIS, ESQUIRE
　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　One Customs House
　　　　　　　　　　　　　　　　　704 King Street, Suite 110
　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　302-573-6010
　　　　　　　　　　　　　　　　　ecf_de@msn.com

DATED: February 12, 2008