AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| GERALD CROOKS | CASE NUMBER: 08-*10*-*UNA* |

To: The United States Marshal
and any Authorized United States Officer



UNSEALED 2/6/08
SEALED KJK

**YOU ARE HEREBY COMMANDED** to arrest GERALD CROOKS when and as stated in the Indictment and bring said Defendant to the nearest magistrate to answer a(n)

_X_ Indictment  __ Information  __ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1).

Ronald Golden — Deputy Clerk  by order of Court.

| | |
|---|---|
| Honorable Leonard P. Stark | United States Magistrate Judge  District of Delaware   Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 1/22/08    Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

**Bail fixed at $** _____  by  Hon. Leonard P. Stark
                                                 Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 841 King St W/mn DE | | |
| DATE RECEIVED  1-22-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  2-6-08 | William David, DUSM | William *[signature]* |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
FEB 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE