IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-010 JJF |
| GERALD CROOKS, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Scheduling Conference for March 20, 2008 has been cancelled;

WHEREAS, Defendant has filed a Motion to Suppress Physical Evidence and Statements (D.I. 13);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **April 4, 2008, at 9:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

March 12, 2008
DATE

Joseph J. Farnan
UNITED STATES DISTRICT JUDGE