IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-10-JJF |
| GERALD CROOKS, | : | |
| Defendant. | : | |

**O R D E R**

At Wilmington, this ___ day of April 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Suppress Physical Evidence And Statements (D.I. 13) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE