IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-010 JJF |
| GERALD CROOKS, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, on June 3, 2008, the Court held a scheduling conference in the above-captioned matter;

NOW THEREFORE, IT IS ORDERED that:

1) A Bench Trial will be held on **June 24, 2008, at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) If a plea agreement is reached, counsel shall notify the Court no later than June 19, 2008.

2) The time between June 3, 2008 and June 24, 2008 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 *et seq.*)

June 11, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE