IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-010 JJF |
| GERALD CROOKS, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court grants Probation's request to briefly postpone the Sentencing in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Sentencing set for October 8, 2008 is CANCELLED.

2) Sentencing will be held on **November 7, 2008 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

September 3, 2008
DATE

UNITED STATES DISTRICT JUDGE